2009-60204
FILED
December 23, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002296046

ERIN LANEY (CA SBN 259863)
CASPER RANKIN (CA SBN 249196)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF NOMURA HOME EQUITY LOAN, INC., HOME EQUITY LOAN TRUST, SERIES 2007-1

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>GERRY V DUQUE AND ROSALINA N DUQUE,<br><br>    Debtor(s). | Case No. 09-60204-A<br><br>Chapter 7<br><br>D.C. No. PD-1<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF NOMURA HOME EQUITY LOAN, INC., HOME EQUITY LOAN TRUST, SERIES 2007-1,<br><br>    Movant,<br><br>    vs.<br><br>GERRY V DUQUE AND ROSALINA N DUQUE, Debtor(s); and JAMES EDWARD SALVEN, Chapter 7 Trustee,<br><br>    Respondents. | LBR 4001-1 and 9014-1(f)(1)<br><br>DATE:    December 15, 2009<br>TIME:    1:30 p.m.<br>CTRM:    11<br><br>2500 Tulare Street<br>Fresno, CA 93721-1318 |

RECEIVED
December 18, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002296046

1      The above-captioned matter came on for hearing on December 15, 2009, in the Courtroom of the Honorable Whitney Rimel, upon the Motion of HSBC Bank USA, National Association, as Trustee for the holders of Nomura Home Equity Loan, Inc., Home Equity Loan Trust, Series 2007-1 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Gerry V Duque and Rosalina N Duque ("Debtors") commonly known as 11747 Red Water Court, Las Vegas, Nevada 89123 (the "Real Property"), which is legally described as follows:

SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A AND MADE A PART HEREOF.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1) The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust;

2) The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is not waived;

3) The court determines that this bankruptcy proceeding has been finalized for purposes of Cal. Civil Code § 2923.5 and the enforcement of the note and deed of trust described in the motion against the subject real property.

Dated:

Dec 23, 2009

*[signature]*
United States Bankruptcy Judge

EXHIBIT "A"

LOT 26 OF TERRACINA III SOUTH UNIT 1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 122 OF PLATS, PAGE 77, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND AMENDED BY CERTIFICATE OF AMENDMENT RECORDED MAY 5, 2005 IN BOOK 20050505 AS DOCUMENT NO. 0004086 AND AMENDED BY CERTIFICATE OF AMENDMENT RECORDED JULY 11, 2005 IN BOOK 20050711 AS DOCUMENT NO. 4655.